UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>    1300 L Street, NW<br>    Washington, DC 20005<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE W. BUSH<br>PRESIDENT OF THE UNITED STATES<br>    1600 Pennsylvania Avenue<br>    Washington, DC 20500<br><br>JOHN E. POTTER<br>Postmaster General<br>United States Postal Service<br>    475 L'Enfant Plaza, SW<br>    Room 2P736<br>    Washington, DC 20260-0736,<br><br>    Defendants. | Civil Action No.1:08-cv-01214-JR |

AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On July 21, 2008, the following party was served with summons and petition for Writ of Mandamus in this matter by certified mail, return receipt requested, as follows:

    Michael B. Mukasey, Attorney General
    U.S. Department of Justice
    10th Street & Constitution Ave., NW
    Washington, DC 20530

True copy of the signed return receipts is attached.

Dated: 7/25/08                                          _____
                                                            Barbara Zibordi

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *[signature]*    ☐ Agent    ☐ Addressee<br>X<br>B. Received by (*Printed Name*)    C. Date of Delivery JUL 2 1 2008 |
| 1. Article Addressed to:<br><br>Michael B. Mukasey, Attorney General<br>U.S. Department of Justice<br>10th Street & Constitution Ave., NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 1680 0001 2452 9787 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Richard Edelman
O'Donnell, Schwartz & Anderson, PC
1300 L Street, NW, Suite 1200
Washington, DC 20005