UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>   1300 L Street, NW<br>   Washington, DC 20005<br><br>   Plaintiff,<br><br>      v.<br><br>GEORGE W. BUSH<br>PRESIDENT OF THE UNITED STATES<br>   1600 Pennsylvania Avenue<br>   Washington, DC 20500<br><br>JOHN E. POTTER<br>Postmaster General<br>United States Postal Service<br>   475 L'Enfant Plaza, SW<br>   Room 2P736<br>   Washington, DC  20260-0736,<br><br>   Defendants. | Civil Action No.1:08-cv-01214-JR |

AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On July 28, 2008, the following party was served with the summons and petition for Writ of Mandamus in this matter by certified mail, return receipt requested, as follows:

   George W. Bush
   President of the United States
   1600 Pennsylvania Avenue
   Washington, DC 20500

True copy of the signed return receipt is attached.

Dated: 7/29/08

*Barbara Zibordi*
Barbara Zibordi

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery JUL 28 2008<br>*[stamp: THE WHITE HOUSE, WASHINGTON D.C. 20500]* |
| 1. Article Addressed to:<br><br>George W. Bush<br>President of the United States<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0001 2452 9763 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Richard Edelman
O'Donnell, Schwartz & Anderson, PC
1300 L Street, NW, Suite 1200
Washington, DC 20005

JUL 29 2008