IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS ) <br> UNION, AFL-CIO ) <br> 1300 L Street, NW ) <br> Washington, DC 20005 ) <br>   ) <br>   **Plaintiff,** ) <br>   ) <br> v.   ) <br>   ) <br> GEORGE W. BUSH ) <br> PRESIDENT OF THE UNITED STATES ) <br> 1600 Pennsylvania Avenue ) <br> Washington, D.C. 20500 ) <br>   ) <br>   ) <br> JOHN E. POTTER ) <br> Postmaster General ) <br> United States Postal Service ) <br> 475 L'Enfant Plaza, SW ) <br> Room 2P736 ) <br> Washington, DC 20260-0736 ) <br>   ) <br>   ) <br>   **Defendants.** ) <br>   ) | Civil Action No. 08-1214 (JR) |

### NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Michelle Johnson** as counsel for the federal defendants in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W. Room E4212
Washington, D.C. 20530
(202)514-7139