UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:08-01214 (JR) |
| GEORGE W. BUSH President of the United States | ) ) ) | |
| JOHN E. POTTER Postmaster General | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice and substitute Lesley Farby as lead counsel for the federal defendants in this action in place of Michelle Johnson.

Dated: August 14, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch


 s/ Lesley R. Farby
LESLEY R. FARBY (DC #495625)
United States Department of Justice
Civil Division, Federal Programs Branch

-1-

        20 Massachusetts Avenue, N.W.
        Washington, D.C. 20530
        Telephone: (202) 514-3481
        Fax: (202) 616-8470
        E-mail: Lesley.Farby@usdoj.gov

*Attorneys for Defendant*